USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/04/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JHOAN VASQUEZ,

                             Defendant.

23 Cr. 472-2 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By **September 10, 2024**, the parties are directed to file a status update in this matter, including whether a further conference before the Court would be helpful.

    SO ORDERED.

Dated: September 4, 2024
        New York, New York

_____
ANALISA TORRES
United States District Judge