USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/17/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

JHOAN VASQUEZ,

                            Defendant.

23 Cr. 472-2 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court shall hold a status conference in this matter on **July 21, 2025**, at **2:00 p.m.**, in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

      SO ORDERED.

Dated: June 17, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge