```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/8/2025_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA

-against-

JHOAN VASQUEZ,

                  Defendant.

23 Cr. 472-2 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On **August 25, 2025**, at **9:00 a.m.**, the Court shall hold a change-of-plea hearing in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007. The status conference scheduled for July 21, 2025, is ADJOURNED *sine die*.

    SO ORDERED.

Dated: July 8, 2025
       New York, New York

                                              ANALISA TORRES
                                              United States District Judge