UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

-against-

JHOAN VASQUEZ,

                                    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   12/18/2025

23 Cr. 472-2 (AT)

**ORDER**

ANALISA TORRES, District Judge:

Defendant's extension request for his sentencing submission is GRANTED.  By **December 28, 2025,** Defendant shall file his sentencing submission.  By **December 31, 2025,** the Government shall file its sentencing submission.

SO ORDERED.

Dated: December 18, 2025
        New York, New York

_____
ANALISA TORRES
United States District Judge